FILED
United States Court of Appeals
Tenth Circuit

March 4, 2026

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

RODNEY DOUGLAS EAVES,

    Plaintiff - Appellee,

v.

JARED POLIS,

    Defendant - Appellant,

and

DEAN WILLIAMS; GYPSY KELSO; ANTHONY DECESARO; MARSHALL GRIFFITH; JERRY ROARK; DAVID HESTAND; STEVEN SALAZAR; TRAVIS TRANI; JASON SMITH; CLARA CASEBOLT; LARRY COX; JUSTIN ARRASMITH; DERICK DOCKTER; LUKE HOLLAND; TIFFANY SALDANA; COLIN CARSON; DONNY BRITTON,

    Defendants.

No. 23-1143
(D.C. No. 1:21-CV-01269-KAS)
(D. Colo.)

_____

**JUDGMENT**

_____

Before **BACHARACH**, **BALDOCK**, and **CARSON**, Circuit Judges.

_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed and remanded. The case is remanded to the United States District Court for the District of Colorado for further proceedings in accordance with the opinion of this court.

                                      Entered for the Court

                                      Per Curiam