# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

RODNEY DOUGLAS EAVES,
    Plaintiff-Appellee

v.

JARED POLIS, et al.
    Defendants-Appellants

Case No. 23-1143

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for[1]:

<u>Jared Polis, Defendant-Appellant</u>, in the above-captioned case(s).

Attorneys entering appearances must include their signatures below.

<u>Peter G. Baumann</u>
Name of Counsel

<u>/s/ Peter G. Baumann</u>
Signature of Counsel

<u>1300 Broadway, Denver, CO 80203; (720) 508-6152</u>
Mailing Address &
Telephone Number

<u>peter.baumann@coag.gov</u>
E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

---

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐     The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 26.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

X     There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

<u>March 13, 2026</u>
Date

<u>/s/ Peter G. Baumann</u>
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

**CERTIFICATE OF SERVICE**

I hereby certify that:

    X    All other parties to this litigation are either: (1) represented attorneys; or (2) have consented to electronic service in this case; or

    ☐    On _____, I sent a copy of this Entry of Appearance Form to:

[PERSON'S NAME] at [ADDRESS/EMAIL ADDRESS], the last known address/email address, by [U.S. Mail or email].

<u>March 13, 2026</u>
Date


<u>/s/ Peter G. Baumann</u>
Signature