23-1143

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

RODNEY DOUGLAS EAVES,
    Plaintiff – Appellee,

v.

JARED POLIS,
    Defendant - Appellant,

On Appeal from the United States District Court, District of Colorado
The Honorable Kristen L. Mix
District Judge

District Court Case No. 21-cv-1269-KAS

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO PETITION FOR REHEARING OR REHEARING EN BANC**

| | |
|---|---|
| PHILIP J. WEISER<br>Attorney General<br>PETER G. BAUMANN*<br>Assistant Solicitor General<br>LANE TOWERY*<br>Assistant Attorney General | Colorado Department of Law<br>1300 Broadway<br>Denver, Colorado 80203<br>Telephone: 720-508-6000<br>E-Mail: peter.baumann@coag.gov;<br>lane.towery@coag.gov<br>*Counsel of Record<br><br>Attorneys for Jared Polis |

Appellant Jared Polis, in his official capacity as the Governor of the State of Colorado, hereby move the Court pursuant to Fed. R. App. P. 26 and 27 and 10th Cir. R. 27, for an extension of thirty (30) days, or until April 17, 2026, to Petition for panel rehearing or rehearing en banc. As grounds therefore, the Governor states:

1.  Counsel for the Governor conferred with counsel for Mr. Eaves on March 12 and March 13. Counsel for Mr. Eaves indicated that Mr. Eaves does not oppose the relief requested in this Motion.

2.  The panel decision was issued in this case on March 4, 2026. Under Fed. R. App. P. 40(d)(1), "unless the time is shortened or extended by order," any petition for panel or en banc rehearing the Governor might file is due on or before March 18, 2026.

3.  Since this matter was briefed in the spring of 2024, and argued in the fall of 2024, counsel for the Governor has fully turned over. None of the counsel who appeared on the briefs for the Governor, or appeared at oral argument on behalf of the Governor, remain at the Colorado Department of Law.

4.  In reviewing the panel decision and its implications, undersigned counsel requires additional time in order to become fully apprised of the relevant issues and determine an appropriate path forward. This includes, but is not limited to, determining whether to petition for panel or en banc rehearing.

5. Additionally, undersigned counsel have a number of personal and professional demands that leave them unable to complete the necessary review and investigation of the record in this matter, plus any briefing on a forthcoming petition, should the Governor choose to file one, by next Wednesday even exercising due diligence.

6. Specifically, Peter G. Baumann has work demands, including but not limited to: (1) a response brief that was due on March 11, 2026, and a full-day evidentiary hearing on March 16, 2026, in *Calvarese v. Murib*, 2026CV30772 (Denver Dist. Ct.), an expedited election-challenge in which no extensions are possible due to upcoming election deadlines; (2) a Reply Brief due on March 17, 2026, in *United States v. Griswold*, No. 1:25-cv-03967-PAB-TPO (D. Colo.), a challenge involving a request for sensitive personal information of Colorado voters; (3) an Opening Brief due on April 9, 2026, in *NetChoice v. Weiser*, 25-1456 (10th Cir.), in which one extension has already been granted; and (4); an oral argument at the Colorado Supreme Court on April 14, 2026, in *Kline v. No on EE*, No. 24SC540 (Colo.). Mr. Baumann also has a long-standing family vacation that begins the week of March 16, 2026.

7. Lane Towery also has work demands, including but not limited to (1) a Motion to Dismiss that was due on March 11, 2026, and a response to a Motion for a Preliminary Injunction due on March 23, 2026, in *Zunker v. Jantz*, No. 1:26-

cv-00573-SKC-TPO (D. Colo.); (2) a Reply Brief due on March 17, 2026, in *United States v. Griswold*, No. 1:25-cv-03967-PAB-TPO (D. Colo.), a challenge involving a request for sensitive personal information of Colorado voters; (3) an Opening Brief due on April 9, 2026, in *NetChoice v. Weiser*, 25-1456 (10th Cir.), in which one extension has already been granted; (4) a response to an objection to a magistrate's report and recommendation due on March 16, 2026, in *Viegas v. McPhereson*, No. 1:25-cv-03666-PAB-STV (D. Colo.); and (5) a response to an objection to a magistrate's report and recommendation due on March 19, 2026, in each of *Committee of Five v. Sullivan*, No. 1:25-cv-01668-RMR-MDB (D. Colo.), *Doxa Enterprises v. Sullivan*, No. 1:25-cv-02177-RMR-MDB (D. Colo.), and *Defending Education v. Sullivan*, No. 1:25-cv-01572-RMR-MDB (D. Colo). Mr. Towery also is out of the office on a long-standing family vacation the week of March 16, 2026.

8. This short extension of time will cause Appellee no prejudice. This matter has been ongoing in the district court since 2021. The parties, other than the Governor, have been engaged in discovery since 2023, which is expected to close later this summer. An additional 30 days will not meaningfully disrupt the schedule on which this case has already proceeded in the district court.

9. This is the first extension of time the Governor has requested related to the deadline to petition for rehearing.

Dated March 13, 2026.

    PHILIP J. WEISER
    Attorney General

    /s/ Peter G. Baumann
    PETER G. BAUMANN*
    Assistant Solicitor General
    LANE TOWERY*
    Assistant Attorney General
    Colorado Department of Law
    Ralph L. Carr Colorado Judicial Center
    1300 Broadway
    Denver, Colorado 80203
    Telephone: 720-508-6000
    E-Mail: peter.baumann@coag.gov;
      lane.towery@coag.gov
    *Counsel of Record

## CERTIFICATE OF COMPLIANCE

This motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because this motion contains 718 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) and 10th Cir. R. 32(A) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word Version 2309 in 14-point Times New Roman.

Dated: March 13, 2026

                                             s/ Peter G. Baumann
                                             PETER G. BAUMANN*
                                             Assistant Solicitor General
                                             Colorado Department of Law
                                             Ralph L. Carr Colorado Judicial Center
                                             1300 Broadway
                                             Denver, Colorado 80203
                                             Telephone:  720-508-6152
                                             E-Mail:  peter.baumann@coag.gov;