FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

May 16, 2023

Christopher M. Wolpert  
Clerk of Court

_____

| | |
|---|---|
| RODNEY DOUGLAS EAVES,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>JARED POLIS,<br><br>    Defendant - Appellant,<br><br>and<br><br>DEAN WILLIAMS, et al.,<br><br>    Defendants. | No. 23-1143<br>(D.C. No. 1:21-CV-01269-KLM)<br>(D. Colo.) |

_____

**ORDER**

_____

This matter is before the court on review of defendant-appellant Jared Polis's docketing statement and of the district court docket, which docket shows that—within 28 days of the district court's entry of the order on appeal, *i.e.*, ECF No. 106—plaintiff-appellee Rodney Douglas Eaves filed a document captioned *Objections to the Court's Order to Dismiss [Doc. 106] and Request for Amended or Additional Findings Pursuant to FRCRP Rule 52(b) and Motion to Correct Pursuant to FRCP Rule 60(a)*. [ECF No. 114]. The district court has yet to rule on that motion and Governor Polis's notice of appeal will not become effective until the district court has done so. *See* Fed. R. App. P.

4(a)(4)(B). Accordingly, upon consideration, the court abates this appeal pending the district court's disposition of ECF No. 114.

Once the district court has ruled on ECF No. 114: (1) the Clerk of the district court shall supplement the preliminary record as Tenth Circuit Rule 3.2(B) requires; and (2) this court will provide the parties with additional directives regarding the prosecution of this appeal.

                                        Entered for the Court

                                        CHRISTOPHER M. WOLPERT, Clerk